UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LINDA S. ZEHRUNG, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-00056-RLY-WTL |
| | ) | |
| UNITED AUTO WORKERS | ) | |
| LOCAL NO. 663, | ) | |
|     Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted the Defendant's Motion for Summary Judgment, and enters judgment in its favor, and against the Plaintiff herein, Linda S. Zehrung.

**SO ORDERED** this  13th  day of September 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Barbara J. Baird
THE LAW OFFICE OF BARBARA J BAIRD
bjbaird@bjbairdlaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Nora L. Macey
MACEY SWANSON AND ALLMAN
nmacey@maceylaw.com

Copy to:

LINDA S. ZEHRUNG
3266 S. 200 E.
Anderson, IN 46016